**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RIP TECHNOLOGIES LLC, | |
|     PLAINTIFF, | |
| V. | CASE NO.: 1:25-CV-08475 |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
|     DEFENDANTS. | |

# EXHIBIT 1 TO THE COMPLAINT

RIP TECHNOLOGIES LLC

**EXHIBIT 1**  TRADEMARK REGISTRATION SUMMARY

# RIP TECHNOLOGIES LLC | HAUS AND HUES

## TRADEMARKS

| (U.S. Reg. No. 6,175,254) | (U.S. Reg. No. 7,555,146) |
|---|---|
| HAUS AND HUES | Haus and Hues |
| Class 016 - Art prints; Art prints on canvas; Graphic art prints; Posters | Class 016 - Framed art pictures; Framed art prints; Framed photographs; Printed posters |
| Registration Date: Oct. 13, 2020 | Registration Date: Nov. 05, 2024 |

1

RIP TECHNOLOGIES LLC

EXHIBIT 1                                        U.S. REGISTRATION NO. 6,175,254



# HAUS AND HUES

**Reg. No. 6,175,254**    Rip Technologies LLC (FLORIDA LIMITED LIABILITY COMPANY)
8000 West Dr., Apt. 115
**Registered Oct. 13, 2020**    North Bay Village, FLORIDA 33141

**Int. Cl.: 16**    CLASS 16: Art prints; Art prints on canvas; Graphic art prints; Posters

**Trademark**    FIRST USE 3-20-2020; IN COMMERCE 3-20-2020

**Principal Register**    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The English translation of "HAUS" in the mark is "house", "home", "building".

SER. NO. 88-862,153, FILED 04-07-2020



Director of the United States
Patent and Trademark Office



**RIP TECHNOLOGIES LLC**

<u>**EXHIBIT 1**                                                                       **U.S. REGISTRATION NO. 7,555,146**</u>



# Haus and Hues

| | |
|---|---|
| **Reg. No. 7,555,146** | Rip Technologies LLC (FLORIDA LIMITED LIABILITY COMPANY) |
| **Registered Nov. 05, 2024** | 6451 NW 102nd St, Ste 7<br>Doral, FLORIDA 33178 |
| **Int. Cl.: 16** | CLASS 16: Framed art pictures; Framed art prints; Framed photographs; Printed posters |
| **Trademark** | FIRST USE 3-20-2020; IN COMMERCE 3-20-2020 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 6175254 |
| | The English translation of "HAUS" in the mark is "House", "Home", "Building". |
| | SER. NO. 98-005,274, FILED 05-19-2023 |

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



3