**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RIP TECHNOLOGIES LLC, | |
|     PLAINTIFF, | |
| V. | CASE NO.: 1:25-CV-08475 |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
|     DEFENDANTS. | |

# EXHIBIT 2 TO THE COMPLAINT

RIP TECHNOLOGIES LLC

**EXHIBIT 2**                                    **COPYRIGHT REGISTRATION SUMMARY**



# R<small>IP</small> T<small>ECHNOLOGIES</small> LLC

**E<small>XHIBIT</small> 2**                      U.S. R<small>EGISTRATION</small> N<small>O</small>. VA0002436106



**Registration Number**
**VA 2-436-106**
Effective Date of Registration:
March 06, 2025
Registration Decision Date:
March 06, 2025

## Title

**Title of Work:** HAH-01

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 04, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Rip Technologies LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rip Technologies LLC
3301 NE 1st ave 2408, Miami, FL, 33137, United States

## Rights and Permissions

**Organization Name:** Rip Technologies LLC
**Address:** 3301 NE 1st ave 2408
Miami, FL 33137 United States

## Certification

**Name:** Shreya Tiwari
**Date:** March 06, 2025

Page 1 of 2

**R**IP **T**ECHNOLOGIES **LLC**

**E**XHIBIT **2**            **U.S. R**EGISTRATION **N**O. **VA0002436106**

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited 2-D artwork only. 17 USC 101, 102 (a), and 113.

Page 2 of 2

3

# RIP TECHNOLOGIES LLC

**EXHIBIT 2**  **U.S. REGISTRATION NO. VA0002436107**



**Registration Number**

**VA 2-436-107**

**Effective Date of Registration:**
March 06, 2025

**Registration Decision Date:**
March 06, 2025

## Title

**Title of Work:** HAH-02

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 04, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Rip Technologies LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rip Technologies LLC
3301 NE 1st ave 2408, Miami, FL, 33137, United States

## Rights and Permissions

**Organization Name:** Rip Technologies LLC
**Address:** 3301 NE 1st ave 2408
Miami, FL 33137 United States

## Certification

**Name:** Shreya Tiwari
**Date:** March 06, 2025

Page 1 of 2

4

RIP TECHNOLOGIES LLC

EXHIBIT 2                        U.S. REGISTRATION NO. VA0002436107

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited 2-D artwork only. 17 USC 101, 102 (a), and 113.